UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANN JONES, Individually and On Behalf of All Others Similarly Situated,<br><br>PLAINTIFF,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, INC.<br><br>DEFENDANT. | CASE NO. 3:16-cv-00296<br><br>JURY TRIAL DEMANDED |

### NOTICE OF VOLUNTARY DISMISSAL *WITHOUT* PREJUDICE AGAINST DEFENDANTS CHARTER COMMUNICATIONS, INC. PURSUANT TO FED. R. CIV. P. 41(A)(1) WITH EACH PARTY TO BEAR ITS OWN COSTS

**COMES NOW,** Plaintiff, Ann Jones, by and through counsel of record, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in Plaintiff's complaint against Defendants Charter Communications, Inc. ("Defendant") **without prejudice with each party to bear its own costs.**

Defendant has filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal of each cause of action **without prejudice with each party to bear its own costs** under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure is therefore appropriate.

1

Respectfully Submitted,                CAREY, DANIS & LOWE

Dated: April 28, 2016                  By: /s/ ct04516
                                                     Neal L. Moskow, Esq.
                                                     Fed. Bar. No. CT 04516
                                                     Ury & Moskow, L.L.C.
                                                     883 Black Rock Turnpike
                                                     Fairfield, CT 06825
                                                     Telephone (203) 610-6393
                                                     Facsimile: (203) 610-6399
                                                     neal@urymoskow.com

                                                     Tiffany M. Yiatras
                                                     (pro hac vice application forthcoming)
                                                     tyiatras@careydanis.com
                                                     Carey, Danis & Lowe
                                                     8235 Forsyth Boulevard, Suite 1100
                                                     Saint Louis, Missouri  63105-1643
                                                     Telephone: (314) 725-7700
                                                     Facsimile: (314) 721-0905

                                                     **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that, on this 28th day of April, 2016, I electronically filed the above pleading with the Clerk of Court using the CM/ECF System, which will automatically send email notification of such filings to all attorneys of record.

                                                            /s/ ct04516